JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds,<br><br>                 Plaintiff,<br><br>      v.<br><br>John W. Bartlett, Trustee & Successor Trustees of the John W. Bartlett & Linda N. Bartlett Family Trust dated March 5, 1992; and Does 1-10,<br><br>                 Defendants. | Case No.: 2:20-cv-06189-AB-PJW<br><br>*Hon. Andre Birotte Jr*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: July 10, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows, **IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendant John W. Bartlett, Trustee & Successor Trustees of the John W. Bartlett & Linda N. Bartlett Family Trust dated March 5, 1992 is dismissed with prejudice.  Each party will be responsible for his, her, or its own attorneys' fees, expert fees, and costs.

Dated: February 01, 2021

_____
Hon. Andre Birotte Jr
United States District Judge
Central District of California